# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TAVORIS L. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV417-192 |
| | ) |
| JOHN WILCHER, Sheriff, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This civil case was opened when plaintiff Tavoris Johnson objected to the Magistrate Judge's recommendation that his joint-prisoner case, CV417-181, be dismissed because the Prison Litigation Reform Act does not allow prisoners to proceed jointly *in forma pauperis*. He amended that Complaint to seek relief solely on his own behalf (doc. 1), and submitted his Prisoner Trust Fund Account and Consent to Collection of Fees forms in support of his motion to proceed *in forma pauperis* on his own (docs. 4 & 5). However, he (and one of his co-plaintiffs in the other case) have since moved "to dismiss [CV417-181] voluntarily and intelligently," such that it will not count against them as a 28 U.S.C. § 1915A strike or require them to pay an individual $350 filing fee. CV417-181, doc. 11.

As Johnson also has this identical case (seeking relief for the exact same events solely on his own behalf) open and pending, the Court **ORDERS** him to file a statement **within 30 days** of service of this Order either voluntarily dismissing this case as well or clarifying that he wishes this case to proceed to screening (including any applicable strike under § 1915A and required payment of filing fees).

**SO ORDERED,** this  15th   day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA